## P. W. Harts v. Rose H. Fowler, for use, etc.

1. GUARANTOR—*When Not Liable.*—If the principal is not liable, the guarantor will not be.

Memorandum.—Assumpsit. Appeal from the Circuit Court of Sangamon County; the Hon. JESSE J. PHILLIPS, Judge, presiding. Heard in this court at the May term, 1893. Reversed and remanded with directions. Opinion filed November 4, 1893.

The opinion states the case.

CONKLING & GROUT, attorneys for appellant.

BROWN, WHEELER & BROWN, attorneys for appellee.

MR. JUSTICE BOGGS DELIVERED THE OPINION OF THE COURT.

The judgment appealed from was rendered against the appellant as guarantor for Hattie B. Harts, upon a contract which was before this court in the case of Hattie B. Harts v. Rose H. Fowler, use, etc. We decided, in an opinion filed at this term in the last named case, that liability to pay certain interest claimed, did not arise against the maker of the contract. The judgment against the appellant, in the case at bar, is for the same alleged liability upon the same contract as guarantor for the maker.

If the principal is not liable, the guarantor would not be; hence the judgment herein must be reversed; but as we held that judgment should have been rendered against the principal maker of the contract for the sum of $3,015.66 with interest from the 2d day of January, 1892, at five per cent, and remanded the case against her with directions to

the Circuit Court to enter such judgment, this case must be and is remanded with directions to the Circuit Court to enter like judgment against the appellant herein. Reversed and remanded with directions.